# EXHIBIT "A"

| A - FALCON | | B - WALKER | |
|---|---|---|---|
| *Kierra Falcon* | | *Virginia Walker* | |
| DR. ROBERT CALLAHAN | $1,039.50 | CHAMPUS/TRI-CARE Department of the Army U. S. Treasury Department | $20,301.24 |
| | | ETMC-CARTHAGE | 5,623.10 |
| | | ETMC.-TYLER | 7,662.00 |
| *Kelese Falcon* | | DR. R. CALLAHAN | 750.00 |
| DR. ROBERT CALLAHAN | 855.00 | | |
| | | | |
| *Kelleigh Falcon* | | | |
| STATE OF CALIFORNIA Dept. Of Health Services "MEDI-Cal" | $13,057.72 | | |
| | | | |

Case 2:03-cv-00419-DF   Document 109-2   Filed 02/10/06   Page 2 of 3 PageID #: 709

Received: 12/8/05 4:55PM;   909 621 7112 -> MAHAFFEY&MAHAFFEY;   Page 2
DEC-08-2005 15:18   FROM BUXBAUM & CHAKMAK   TO 19036937436   P.02

ORIGINAL

**"EXHIBIT-B"**

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

NOV 0 4 2005

1 | John P. Howland, SBN: 145397
BUXBAUM & CHAKMAK,
2 | A Law Corporation
414 Yale Avenue
3 | Claremont, CA 91711-4387
(909) 621-4707/FAX: (909) 621-7112
4
5 | Attorneys for Petitioner, Terrence W. Baker
6
7
8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA
9 | FOR THE COUNTY OF SAN BERNARDINO, WEST DISTRICT
10
11 | In the matter of                                ) CASE NO. RCRS00513
                                                    )
12 | KELLEIGH TERRAN FALCON,                        ) EX PARTE ORDER APPROVING
                                                    ) PERSONAL INJURY SETTLEMENT
13 |     Conservatee.                               ) AND AUTHORIZING
                                                    ) CONSERVATOR TO EXECUTE
14 |                                                ) RELEASES OF CONSERVATEE'S
    | _____       ) CLAIMS
15
16 | The Ex Parte Petition to Approve Personal Injury Settlement and Authorize Conservator to
17 | Execute Releases of Conservatee's Claims came on regularly for hearing before the Honorable
18 | L. Butti____ on October ___, 2005 at _____ AM in Department R16. Petitioner appeared and
19 | was represented by John P. Howland, counsel. No one appeared in opposition. On evidence given to
20 | the satisfaction of the court, the court finds that notice of said hearing has been given as required by
21 | law, notice to Michael Falcon is waived, and that it is in the best interests of the Conservatee to approve
22 | the settlement of the personal injury lawsuit entitled <u>Kelleigh Falcon et.al v. Professional Courier</u>
23 | <u>Services, Inc. et.al</u>, Case No. 2:03cv419, in the United States District Court, Eastern District of Texas -
24 | Marshall Division and to authorize Terrence W. Baker, as Conservator of the Person and Estate to
25 | execute releases of the Conservatee's claims. Good cause appearing,
26 |     IT IS ORDERED that
27 |     1. The settlement of the personal injury lawsuit in the United States District Court, Eastern
28 | District of Texas - Marshall Division Case No. 2:03cv419 entitled <u>Kelleigh Falcon et.al v. Professional</u>

-1-
ORDER APPROVING SETTLEMENT AND AUTHORIZING EXECUTION OF WAIVERS

1  Courier Services, Inc. et.al, which includes deposit of the settlement amount for the Conservatee into
2  a special needs trust for the benefit of Kelleigh Terran Falcon, is in her best interests, and is approved.
3      2.   Terrence W. Baker, as Conservator of the Person and Estate of Kelleigh Terran Falcon,
4  is authorized to execute releases of claims on behalf of Kelleigh Terran Falcon in the above-entitled
5  case.
6  Dated: 11/4/05

_____
Judge of the Superior Court

Michael R. Libutti, Judge

-2-
ORDER APPROVING SETTLEMENT AND AUTHORIZING EXECUTION OF WAIVERS

TOTAL P.03